UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-2716-JFW(PLAx)**                                                    Date: **June 28, 2023**

Title:    Creditors Adjustment Bureau, Inc. -v- Cenveo Corporation, et al.

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                                      None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

   On May 23, 2017, the Court granted Defendant's Motion to Stay Litigation Pending Arbitration. Counsel was ordered to file a joint report regarding the status of this action 10 days after the conclusion of the arbitration.

   Counsel is ordered to show cause, in writing, no later than **July 11, 2023**, why this action should not be dismissed for lack of prosecution.

   No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr